IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00340-RPM

GUMMI-JAEGER, LLC,

    Plaintiff,

v.

BROSE JEFFERSON, INC., and
BROSE NORTH AMERICA, INC.,

    Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulation of Dismissal with Prejudice [11] filed April 28, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

DATED:     April 29th, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge